

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

APPALOOSA INVESTMENT LIMITED
PARTNERSHIP I; PALOMINO FUND LTD.;
APPALOOSA MANAGEMENT L.P.,

        Plaintiffs

-v-

QWEST COMMUNICATIONS
INTERNATIONAL, INC., JOSEPH P.
NACCHIO, JOHN A. MCMASTER,
KONINKLIJKE KPN N.V. a/k/a ROYAL KPN
N.V.

        Defendants.

---

Civil Case No. 05 CV 05674 (PKL)
(rel. 02 CV 7951)

**STIPULATION AND ORDER
ESTABLISHING BRIEFING
SCHEDULE ON MOTIONS TO
DISMISS**

WHEREAS, on or about June 17, 2005, Plaintiff Appaloosa Investment Limited Partnership I, Palomino Fund, Ltd. and Appaloosa Management, L.P. (collectively, "Appaloosa") filed a Complaint and Jury Demand (the "Complaint") in the above-referenced matter against defendants Qwest Communications International Inc., Joseph P. Nacchio, John A. McMaster and Koninklijke KPN N.V. a/k/a Royal KPN N.V. (collectively, "Defendants"); and

WHEREAS, on or about September 7, 2005, the Court entered a Stipulation and Order to Extend Time to Answer, Move or Otherwise Respond to the Complaint, which, *inter alia*, extended the time for Defendants to file motions to dismiss the Complaint until sixty (60) days following the Court's disposition of all motions to dismiss pending in the putative class action against the Defendants and captioned *Paula Taft v. Willem Ackermans, et al.*, Civil Action No. 1:2002-cv-07951 (PKL) (the "Class Action"); and

WHEREAS, on January 31, 2007, the Court granted final approval to two partial settlements in the Class Action which resolve the Class' claims against the Defendants; and

WHEREAS, Appaloosa submitted a timely Request for Exclusion and opted out of the Class settlement; and

WHEREAS, Appaloosa filed a First Amended Complaint and Jury Demand on or about February 22, 2007.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

1.  Defendants shall answer, move or otherwise respond to the Amended Complaint no later than May 15, 2007.

2.  In the event Defendants move to dismiss the Amended Complaint, Plaintiff shall file papers in opposition to Defendants' motion no later than June 18, 2007. Defendants' reply papers shall be due no later than July 10, 2007.

3.  Entry into this Stipulation shall not prejudice any party's substantive rights. The Defendants do not waive any defenses (including jurisdictional defenses) other than the defense of improper or inadequate service of process.

[INTENTIONALLY LEFT BLANK]

**LOWENSTEIN SANDLER PC**
1330 Avenue of the America
31st Floor
New York, New York 10019
212.262.6700

By: _____
Lawrence M. Rolnick (LR 0546)

Attorneys for Plaintiffs

**DECHERT LLP**
30 Rockerfeller Plaza
New York, NY 10112-2200
212.698.3500

By: _____
Neil Steiner (NS 0702)

Attorneys for Defendant Koninklijke KPN N.V.
a/k/a Royal KPN N.V.

**HARNIK, WILKER & FINKELSTEIN LLP**
Olympic Tower
645 Fifth Avenue, Suite 703
New York, NY 10022-5937
212.599.7575

By: _____
Ira A. Finkelstein (IF 0827)
Attorneys for Defendant John A. McMaster

**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, DC 20015
202.237.2727

By: _____
Jonathan Sherman (JS 6633)

Attorneys for Defendant Qwest
Communications International Inc.

**STERN & KILCULLEN, LLC**
75 Livingston Avenue
Roseland, NJ 07068
973.535.1900

By: _____
Joel M. Silverstein (JS 5704)

Attorneys for Defendant Joseph P. Nacchio

SO ORDERED
3/20/07

_____
U.S.D.J.

3

| | |
|---|---|
| **LOWENSTEIN SANDLER PC**<br>1330 Avenue of the America<br>31st Floor<br>New York, New York 10019<br>212.262.6700 | **BOIES, SCHILLER & FLEXNER LLP**<br>5301 Wisconsin Avenue, N.W.<br>Washington, DC 20015<br>202.237.2727 |

By:_____
    Lawrence M. Rolnick (LR 0546)

By:_____
    Jonathan Sherman (JS 6633)

Attorneys for Plaintiffs

Attorneys for Defendant Qwest
Communications International Inc.

**DECHERT LLP**
30 Rockerfeller Plaza
New York, NY 10112-2200
212.698.3500

**STERN & KILCULLEN, LLC**
75 Livingston Avenue
Roseland, NJ 07068
973.535.1900

By:_____
    Neil Steiner (NS 0702)

By:_____
    Joel M. Silverstein (JS 5704)

Attorneys for Defendant Koninklijke KPN N.V.
a/k/a Royal KPN N.V.

Attorneys for Defendant Joseph P. Nacchio

**HARNIK, WILKER & FINKELSTEIN LLP**
Olympic Tower
645 Fifth Avenue, Suite 703
New York, NY 10022-5937
212.599.7575

By:_____
    Ira A. Finkelstein (IF 0827)
Attorneys for Defendant John A. McMaster

SO ORDERED

_____
                            U.S.D.J.

**LOWENSTEIN SANDLER PC**
1330 Avenue of the America
31st Floor
New York, New York 10019
212.262.6700

By:_____
   Lawrence M. Rolnick (LR 0546)

Attorneys for Plaintiffs

**DECHERT LLP**
30 Rockerfeller Plaza
New York, NY 10112-2200
212.698.3500

By:_____
   Neil Steiner (NS 0702)

Attorneys for Defendant Koninklijke KPN N.V.
a/k/a Royal KPN N.V.

**HARNIK, WILKER & FINKELSTEIN LLP**
Olympic Tower
645 Fifth Avenue, Suite 703
New York, NY 10022-5937
212.599.7575

By:_____
   Ira A. Finkelstein (IF 0827)
Attorneys for Defendant John A. McMaster

**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, DC 20015
202.237.2727

By:_____
   Jonathan Sherman (JS 6633)

Attorneys for Defendant Qwest
Communications International Inc.

**STERN & KILCULLEN, LLC**
75 Livingston Avenue
Roseland, NJ 07068
973.535.1900

By:_____
   Joel M. Silverstein (JS 5704)

Attorneys for Defendant Joseph P. Nacchio

SO ORDERED

_____
                     U.S.D.J.

3

| | |
|---|---|
| **LOWENSTEIN SANDLER PC**<br>1330 Avenue of the America<br>31st Floor<br>New York, New York  10019<br>212.262.6700<br><br>By:_____<br>   Lawrence M. Rolnick (LR 0546)<br><br>Attorneys for Plaintiffs | **BOIES, SCHILLER & FLEXNER LLP**<br>5301 Wisconsin Avenue, N.W.<br>Washington, DC  20015<br>202.237.2727<br><br>By:_____<br>   Jonathan Sherman (JS 6633)<br><br>Attorneys for Defendant Qwest<br>Communications International Inc. |
| **DECHERT LLP**<br>30 Rockerfeller Plaza<br>New York, NY  10112-2200<br>212.698.3500<br><br>By:_____<br>   Neil Steiner (NS 0702)<br><br>Attorneys for Defendant Koninklijke KPN N.V.<br>a/k/a Royal KPN N.V. | **STERN & KILCULLEN, LLC**<br>75 Livingston Avenue<br>Roseland, NJ 07068<br>973.535.1900<br><br>By:_____<br>   Joel M. Silverstein (JS 5704)<br><br>Attorneys for Defendant Joseph P. Nacchio |
| **HARNIK, WILKER & FINKELSTEIN LLP**<br>Olympic Tower<br>645 Fifth Avenue, Suite 703<br>New York, NY  10022-5937<br>212.599.7575<br><br>By: _/s/ Ira A. Finkelstein_____<br>   Ira A. Finkelstein (IF 0827)<br>Attorneys for Defendant John A. McMaster | |

SO ORDERED

_____
                                                                                         U.S.D.J.

3