UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08
```

APPALOOSA INVESTMENT LIMITED
PARTNERSHIP I; PALOMINO FUND LTD.;
APPALOOSA MANAGEMENT L.P.,

    Plaintiffs

-v-

QWEST COMMUNICATIONS
INTERNATIONAL, INC., JOSEPH P.
NACCHIO, JOHN A. MCMASTER,
KONINKLIJKE KPN N.V. a/k/a ROYAL KPN
N.V.

    Defendants.

Civil Case No. 05 CV 05674 (PKL)

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Appaloosa Investment Limited Partnership I, Palomino Fund, Ltd. and Appaloosa Management, L.P. hereby DISMISS the above captioned action WITH PREJUDICE. The Parties agree to bear their own costs.

*All pending motions are hereby deemed MOOT.*

Dated: July 30, 2008

**Law Offices of Marc B. Kramer**
150 John F. Kennedy Parkway
Suite 100
Short Hills, New Jersey 07078
973.847.5924

By:_____
Marc B. Kramer (MK 8473)